Michael J. Peffer, Bar No. 192265
michaelpeffer@pji.org
Milton Matchak, Bar No. 215739
mmatchak@pji.org
PACIFIC JUSTICE INSTITUTE
P.O. Box 11630
Santa Ana, CA 92711
Tel.: (714) 796-7150
Fax.: (916) 550-9630

Attorneys for Plaintiff
RICHARD MONDOUX

Jon Yonemitsu, Bar No. 199026
jyonemitsu@littler.com
Amanda C. Fleming, Bar No. 344927
afleming@littler.com
LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, California  92101.3577
Telephone:   619.232.0441
Fax No.:     619.232.4302

Attorneys for Defendant
GALACTIC ENTERPRISES, LLC, A
WHOLLY OWNED SUBSIDIARY OF
VIRGIN GALACTIC HOLDINGS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MONDOUX,<br><br>        Plaintiff,<br><br>    v.<br><br>GALACTIC ENTERPRISES, LLC, A WHOLLY OWNED SUBSIDIARY OF VIRGIN GALACTIC HOLDINGS, INC. and Does 1-50;<br><br>        Defendant. | Case No. 1:23-CV-00217-CDB<br><br>**ORDER** |

**ORDER**

Based on the Parties' foregoing Stipulation to continue the Settlement Conference for *Mondoux v. Galactic Enterprises, LLC* (Case No. 1:23-CV-000217-CDB), and with good cause appearing therefore, the Court orders that:

The Settlement Conference will be continued from its current date to October 25, 2023 at 9:30 a.m. via Zoom before Magistrate Judge Carolyn K. Delaney.

**IT IS SO ORDERED.**

Dated: July 17, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE